UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED WISCONSIN INSURANCE COMPANY,   Hon. Cathy Seibel

      Plaintiff,   Civil Action No.: 7:24-cv-7349-cs

-against-

SALA & SONS CONSTRUCTION COMPANY, INC., DECISIONHR HOLDINGS INC.,

    Defendants, and

RUFINO CULEBRO PASOS,

     Nominal Defendant

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for the respective parties hereto that defendant DECISIONHR HOLDINGS INC. shall be voluntarily dismissed without prejudice and without costs pursuant to F.R.C.P. 41(a), and that all rights, claims and defenses of UNITED WISCONSIN INSURANCE COMPANY and DECISIONHR HOLDINGS, INC. are preserved.

| | |
|---|---|
| **CONNELL FOLEY LLP** | **KERLEY WALSH MATERA & CINQUEMANI, P.C.** |
| By: _____<br>William D. Deveau, Esq.<br>185 Hudson Street, Suite 2510<br>Jersey City, New Jersey 07302<br>*Attorneys for Plaintiff,*<br>*United Wisconsin Insurance Company* | By: /s/ _____<br>Carl J. Scharf, Esq.<br>2174 Jackson Avenue,<br>Seaford, New York 11783<br>*Attorneys for Defendant,*<br>*DecisionHR Holdings, Inc.* |